UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARY HALE, an individual

    Plaintiff,

v.                                                                          Case No:   2:13-cv-434-FtM-38DNF

MT POOLS OF SWFL, INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on The Plaintiff, Mary Hale and the Defendant, MT Pools of SWFL Joint Stipulation of Dismissal (Doc. #37) filed on May 6, 2014.  Federal Rule of Civil Procedure  41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that the Parties have settled the case and advises that she voluntarily dismisses the Complaint with prejudice. Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Mary Hale and the Defendant, MT Pools of SWFL's Joint Stipulation of Dismissal ([Doc. #37](Doc. #37)) is **GRANTED**. The Clerk of the Court is directed to **DISMISS** the case with prejudice, enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of May, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record